**NEW AMSTERDAM CASUALTY COMPANY, v. K. SUGAYA.**
**No. 7976.**

Circuit Court of Appeals, Ninth Circuit.
Oct. 14, 1935.

Hadsell, Sweet, Ingalls & Lamb and Joe G. Sweet, all of San Francisco, Cal., for appellant.

James F. Brennan, of San Francisco, Cal., for appellee.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.
Upon stipulation of counsel for respective parties, ordered, appeal dismissed, without costs; that sureties on undertaking on appeal be discharged from liability; mandate forthwith.

■

**Benjamin M. NOLL, Appellant, v. UNITED STATES of America, Appellee.**
**No. 3980.**

Circuit Court of Appeals, Fourth Circuit.
Nov. 15, 1935.

Harry Nusbaum, of Canton, Ohio, and John A. Howard, Jr., of Wheeling, W. Va., for appellant.

Howard L. Robinson, U. S. Atty., of Clarksburg, W. Va., and Robert J. Riley, Asst. U. S. Atty., of Wheeling, W. Va.

PER CURIAM.
On motion of appellee, case is docketed and appeal dismissed.

■

**NORTHAM WARREN CORPORATION, Plaintiff-Appellant, v. D. F. NEWFIELD CO., Inc., Swan Pencil Co., Inc., and Ferd Hosselet, Defendants-Appellees.**
**No. 101.**

Circuit Court of Appeals, Second Circuit.
Nov. 18, 1935.

Mock & Blum, of New York City, for appellant.

Bartlett, Eyre, Scott & Keel, of New York City (Richard Eyre and George N. Robillard, both of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree (7 F.Supp. 773), affirmed.